

1776 Yorktown Street, Suite 570 • Houston, TX 77056
(p) 713.528.4455 • (f) 713.528.2047

February 23, 2015

**VIA ECF**
The Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *Henry, et al. v. JP Morgan & Chase, et al.*; No. 14-cv-7176 (AJN); In the Southern District of New York.

Dear Judge Nathan:

    As Plaintiffs' counsel, I write this letter to inform the Court of a deficient filing issue in the above-referenced matter, and to respectfully request that this Court allow the case openings department to correct the error.

    On February 20, 2015, Plaintiffs filed their Second Amended Complaint [Doc. 30] on behalf of Ron Henry, Clayton Guillory, Jose Omar Martinez, Anita Marie Moore, Joseph Sari, Yuri Kilgishov, and Ryan Switzer. These seven Plaintiffs are identified in the Second Amended Complaint. This morning, February 23, 2015, Plaintiffs received a notice of deficient filing because Plaintiffs Ron Henry and Clayton Guillory were not included as "parties" along with the five other plaintiffs with respect to the electronic filing of the Second Amended Complaint. [2/23/15 Deficiency Notice attached hereto].

    Counsel for Plaintiffs contacted Ms. Laurie Aquino in the case openings department this morning seeking guidance on how to correct the filing error. Plaintiffs explained to Ms. Aquino that when filing the Second Amended Complaint, Plaintiffs Ron Henry and Clayton Guillory were selected as "filers" from the drop down menu along with the other Plaintiffs. However, due to an unknown system error, the notice of filing did not include Mr. Henry and Mr. Guillory as filing parties.

    Plaintiffs respectfully request that the Court permit the case openings department to include Mr. Henry and Mr. Guillory as filers of the Second Amended Complaint such that the Second Amended Complaint will be deemed filed on February 20, 2015.

    Very truly yours,

    Rhonda H. Wills

cc:    Carrie A. Gonnell (Via ECF)
       Sam S. Shaulson (Via ECF)

# Rhonda Wills

| | |
|---|---|
| From: | NYSD_ECF_Pool@nysd.uscourts.gov |
| Sent: | Monday, February 23, 2015 8:37 AM |
| To: | CourtMail@nysd.uscourts.gov |
| Subject: | Activity in Case 1:14-cv-07176-AJN Henry et al v. JPMorgan Chase & Co. et al Notice to Attorney Regarding Deficient Pleading |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Southern District of New York

## Notice of Electronic Filing

The following transaction was entered on 2/23/2015 at 9:36 AM EST and filed on 2/23/2015
**Case Name:** Henry et al v. JPMorgan Chase & Co. et al
**Case Number:** 1:14-cv-07176-AJN
**Filer:**
**Document Number:** No document attached

Docket Text:
***NOTICE TO ATTORNEY REGARDING DEFICIENT AMENDED COMPLAINT. Notice to Attorney Rhonda Wills RE: Document No. [30] Amended Complaint,. The filing is deficient for the following reason(s): the wrong Filer was selected Re-file the document and select the correct filer. (laq)

**1:14-cv-07176-AJN Notice has been electronically mailed to:**

Michael Raymond DiChiara  md@kdlawllc.com

Carrie Anne Gonell  cgonell@morganlewis.com, nymanagingclerk@morganlewis.com, pmartin@morganlewis.com

Rhonda H. Wills  rwills@rwillslawfirm.com, abailey@rwillslawfirm.com, awills@rwillslawfirm.com, cthompson@rwillslawfirm.com, gestrada@rwillslawfirm.com, rtaylor@rwillslawfirm.com, rwillslaw@yahoo.com

**1:14-cv-07176-AJN Notice has been delivered by other means to:**